IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; MONTANA REPUBLICAN STATE CENTRAL COMMITTEE,<br><br>                Plaintiffs,<br><br>vs.<br><br>STEPHEN BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana,<br><br>                Defendants. | CV 20–66–H–DLC<br><br>ORDER |

      Plaintiffs, by and through their attorney James Brown of the law firm The James Brown Law Office, PLLC, move this Court for the admission of Thomas R. McCarthy, Tyler Green, Bryan Weir, and Cameron T. Norris *pro hac vice* in the above-captioned matter. (Docs. 2–5.) Mr. Brown represents that he intends to act as local counsel. (*Id.*)

      Plaintiffs' motions will be denied, subject to renewal, for failure to comply with the United States District Court for the District of Montana's Local Rules.

1

Relevant here, Local Rules 83.1(d)(3)(A), (B), (C), (G), and (J) require that a *pro hac vice* applicant's declaration state, under the penalty of perjury:

(1) the applicant's state or territory of residence, including relevant firm information such as telephone, fax, and email-contact information;

(2) that the applicant has paid or will pay, simultaneously with filing the application, the admission fee shown on the court's website, subject to reimbursement if the application is denied;

(3) that the applicant either has completed the District of Montana's online training for electronic filing or is proficient in electronic filing in another federal district court;

(4) whether the applicant has ever been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d), or (f) or their state equivalent; the name of the court before which the proceedings were conducted; the date of the proceedings; and what action was taken in connection with those proceedings; along with a copy of any such contempt, discipline, or sanction order; and

(5) that the applicant has complied with Montana Rule of Professional Conduct 8.5.

The declarations of Mr. McCarthy, Mr. Green, Mr. Weir, and Mr. Norris (Docs. 2-1–5-1) fail to comply with these requirements.

Accordingly, IT IS ORDERED that Plaintiffs' motions for admission *pro hac vice* (Docs. 2–5) are DENIED subject to renewal.

DATED this 2nd day of September, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court