James Brown (MT No. 8916)
THE JAMES BROWN LAW OFFICE, PLLC
30 South Ewing Street, Suite 100
Helena, Montana 59601
Ph.: (406) 925-1745
Email: jim@thunderdomelaw.com

Thomas R. McCarthy*
Tyler R. Green*
Bryan Weir*
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Ph.: (703) 243-9423
Email: tom@consovoymccarthy.com

* *Motion for admission
pro hac vice forthcoming*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN SENATORIAL COMMITTEE; MONTANA REPUBLICAN STATE CENTRAL COMMITTEE,<br><br>            Plaintiffs,<br><br>     v.<br><br>STEPHEN BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana,<br><br>            Defendants. | No. 6:20-cv-00066-DLC<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs hereby move for a preliminary injunction enjoining enforcement of Defendant Governor Stephen Bullock's August 6, 2020 directive, *see* Ex. 1, which usurps the role reserved for the Montana State Legislature in controlling the time, place, and manner of congressional elections and the manner of selecting electors for the presidency. This motion is based on the memorandum, declaration, and exhibits filed herewith, and the pleadings on file.

Dated: September 2, 2020

Respectfully submitted,

*/s/ James Brown*
James Brown (MT No. 8916)
THE JAMES BROWN LAW OFFICE, PLLC
30 South Ewing Street, Suite 100
Helena, Montana 59601
Ph.: (406) 925-1745
Email: jim@thunderdomelaw.com

Thomas R. McCarthy*
Tyler R. Green*
Bryan Weir*
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Ph.: (703) 243-9423
Email: tom@consovoymccarthy.com

* *Motion for admission pro hac vice filed*

2

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing document to be served via first class U.S. Mail on September 2, 2020, on all defendants:

Governor Stephen Bullock
PO Box 200801
Helena, MT 59620-0801

Secretary of State Corey Stapleton
Montana Capitol Building, Rm 260
P.O. Box 202801
Helena, MT 59620-2801

                                            */s/ James Brown*
                                            James Brown (MT No. 8916)
                                            THE JAMES BROWN LAW OFFICE, PLLC
                                            30 South Ewing Street, Suite 100
                                            Helena, Montana 59601
                                            Ph.: (406) 925-1745
                                            Email: jim@thunderdomelaw.com