IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; MONTANA REPUBLICAN STATE CENTRAL COMMITTEE,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana,<br><br>Defendants. | CV 20–66–H–DLC<br><br><br>ORDER |

Plaintiffs, by and through their attorney James Brown of the law firm The James Brown Law Office, PLLC, move this Court for the admission of Thomas R. McCarthy, Tyler Green, Bryan Weir, and Cameron T. Norris *pro hac vice* in the above-captioned matter. (Docs. 11–14.) Mr. Brown represents that he intends to act as local counsel. (*Id.*) These applications appear to be in order.

Accordingly, IT IS ORDERED that the Plaintiffs' motions to admit Mr. McCarthy, Mr. Green, Mr. Weir, and Mr. Norris *pro hac vice* (Docs. 11–14) are

GRANTED on the condition that they do their own work. This means that Mr. McCarthy, Mr. Green, Mr. Weir, and Mr. Norris must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. McCarthy, Mr. Green, Mr. Weir, and Mr. Norris shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. McCarthy, Mr. Green, Mr. Weir, and Mr. Norris file a separate pleading acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 4th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court