IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; MONTANA REPUBLICAN STATE CENTRAL COMMITTEE, <br><br> Plaintiffs, <br><br> vs. <br><br> STEPHEN BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana, <br><br> Defendants <br><br> And <br><br> DSCC, DCCC, and MONTANA DEMOCRATIC PARTY, <br><br> Intervenor-Defendants. | CV 20–66–H–DLC <br><br><br> ORDER |

Intervenor-Defendants, by and through their attorney Peter M. Meloy of the

law firm Meloy Law Firm, move this Court for the admission of Abha Khanna *pro*

1

*hac vice* in the above-captioned matter. (Doc. 32.) Mr. Meloy represents that he intends to act as local counsel. (*Id.*) The application appears to be in order.

Accordingly, IT IS ORDERED that the Intervenor-Defendants' motion to admit Ms. Khanna *pro hac vice* (Doc. 32) is GRANTED on the condition that she does her own work. This means that Ms. Khanna must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Khanna shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Khanna files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 8th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court