IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; MONTANA REPUBLICAN STATE CENTRAL COMMITTEE,<br><br>            Plaintiffs,<br><br>And<br><br>GREG HERTZ, in his official capacity as Speaker of the Montana House of Representatives; SCOTT SALES, in his official capacity as President of the Montana Senate, on behalf of the Majorities of the Montana House of Representatives and the Montana Senate,<br><br>            Intervenor-Plaintiffs,<br><br>vs.<br><br>STEPHEN BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana,<br><br>            Defendants,<br><br>And | CV 20–66–H–DLC<br><br>(Consolidated with Case No. CV–20–67–H–DLC)<br><br>ORDER |

1

| |
|---|
| DSCC, DCCC, and MONTANA DEMOCRATIC PARTY,<br><br>      Intervenor-Defendants. |

  Intervenor-Plaintiffs, by and through their attorney Anita Y. Milanovich, move this Court for the admission of Jason Torchinsky and Dennis Polio *pro hac vice* in the above-captioned matter. (Docs. 43–44.) Ms. Milanovich represents that she intends to act as local counsel. (*Id.*) These applications appear to be in order.

  Additionally, Plaintiffs in the member case (CV–20–67–H–DLC), by and through their counsel, Emily Jones, move this Court for the admission of James Bopp, Angela Stuedemann, Richard E. Coleson, and Courtney Turner Milbank *pro hac vice*. (Docs. 7–10.)[1] Ms. Jones represents that she intends to act as local counsel. (*Id.*) These applications will be denied, subject to renewal, for failure to comply with the United States District Court for the District of Montana's Local Rules.

  Relevant here, Local Rule 83.1(d)(3)(J) requires that an applicant's *pro hac*

---

[1] These *pro hac vice* motions (Docs. 7–10) were filed in the member case (CV–20–67–H–DLC) prior to this Court's consolidation of the action with CV 20–66–H–DLC. (Doc. 45.) As such, the document numbers reference these motions as they exist in the member case (CV–20–67–H–DLC) pre-consolidation.

*vice* affidavit state, under the penalty of perjury that the applicant has complied with Montana Rule of Professional Conduct 8.5. Mr. Bopp's, Ms. Stuedemann's, Mr. Coleson's, and Ms. Milbank's affidavits all fail to comply with this requirement. (Docs. 7-1, 8-1, 9-1, 10-1.)

Accordingly, IT IS ORDERED that Intervenor-Plaintiffs' motions for admission *pro hac vice* (Docs. 43–44) are GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' motions for admission *pro hac vice* (Docs. 7–10) in the member case (CV–20–67–H–DLC) are DENIED subject to renewal.

DATED this 10th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

3