Danielle Lang*
Jonathan Diaz*
Patrick Llewellyn*
Simone Leeper*
Hayden Johnson*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005

Curt Drake (MT Bar # 2558)
Patricia Klanke (MT Bar # 13182)
Michael Kauffman (MT Bar #9593)
DRAKE LAW FIRM P.C.
111 North Last Chance Gulch, Ste. 3J
Helena, Montana 59601
406-495-8080(o)
406-495-1616(f)
Curt@drakemt.com
Patricia@drakemt.com
Michael@drakemt.com

* *Motion for admission* pro hac vice *pending*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN SENATORIAL COMMITTEE; MONTANA REPUBLICAN STATE CENTRAL COMMITTEE,<br><br>Plaintiffs,<br><br>And<br><br>GREG HERTZ, in his official capacity as Speaker of the House of Representatives of Montana; SCOTT | Case No: 6:20-cv-00066-H-DLC |

1

| | |
|---|---|
| SALES, in his official capacity as President of the Montana State Senate on behalf of the Majorities of the Montana House and Senate (the Legislative Majority),<br><br>    Intervenor-Plaintiffs,<br><br>v.<br><br>STEPHEN BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana,<br><br>    Defendants,<br>And<br><br>DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE; DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE; MONTANA DEMOCRATIC PARTY,<br><br>    Intervenor-Defendants<br>And<br><br>LEAGUE OF WOMEN VOTERS OF MONTANA,<br><br>    Proposed Intervenor-Defendants | **LEAGUE OF WOMEN VOTERS OF MONTANA'S MOTION TO INTERVENE AS DEFENDANTS PURSUANT TO RULE 24** |

Pursuant to Federal Rule of Civil Procedure 24 and Local Rule 24.1, Proposed Intervenor-Defendant the League of Women Voters of Montana ("LWVMT") moves to intervene as a defendant in the above-captioned action. LWVMT respectfully requests that this court enter an Order setting an expedited

2

briefing schedule to resolve this Motion, in order to allow LWVMT to file a response to Plaintiffs' Motion for Preliminary Injunction by the Court's deadline of September 17, 2020, and participate in the Court's September 22, 2020 Hearing on Plaintiffs' Motion for Preliminary Injunction. *See* ECF 35 (setting a briefing schedule and hearing on Plaintiffs' Motion for Preliminary Injunction). This Motion is supported by LWVMT's Brief in Support of Motion to Intervene as Defendant and Proposed Answer.

LWVMT seeks intervention to oppose Plaintiffs' Complaint for Declaratory and Injunctive Relief and Motion for Preliminary Injunction, which challenges Defendant Governor Stephen Bullock's Directive permitting counties to conduct all-mail voting for the November 3, 2020 election. Plaintiffs' claims seek to undermine the State's efforts to balance Montana voters' access to the ballot with its interest in maintaining and protecting public health, and in so doing, cause unnecessary risk to LWVMT's members' health and constitutionally protected right to vote. Intervention is necessary to protect LWVMT's substantial and distinct legal interests, which will otherwise be inadequately represented by the parties in this litigation.

Pursuant to Local Rule 7.1(c)(1), counsel for LWVMT has conferred with counsel for Plaintiffs Donald J. Trump for President, Inc; Republican National Committee; National Republican Senatorial Committee; and Montana Republican

State Central Committee; Intervenor-Plaintiffs Greg Hertz and Scott Sales; Defendants Governor Stephen Bullock and Secretary of State Corey Stapleton; and Intervenor-Defendants Democratic Senatorial Campaign Committee, Democratic Congressional Campaign Committee, and Montana Democratic Party. Defendants and Intervenor-Defendants do not oppose LWVMT's intervention in this case; Plaintiffs and Intervenor-Plaintiffs oppose intervention.[1]

LWVMT believes that swift consideration of this motion would serve judicial efficiency, allow LWVMT to defend and protect their rights and interests in this matter, and would not prejudice the parties. Accordingly, LWVMT respectfully requests that:

- Responses to LWVMT's Motion to Intervene as Defendants shall be filed on or before Monday, September 14, 2020; and

- LWVMT's reply brief, if any, shall be filed on or before Tuesday, September 15, 2020.

Dated: September 11, 2020

DRAKE LAW FIRM, PC

By_____
Curt Drake
Patricia Klanke
Michael Kauffman
DRAKE LAW FIRM P.C.
111 North Last Chance Gulch, Ste. 3J
Helena, Montana 59601

---

[1] Counsel for Plaintiffs and Intervenor-Plaintiffs have indicated that they would not oppose LWVMT's participation as amicus.

CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
Danielle Lang*
Jonathan Diaz*
Patrick Llewellyn*
Simone Leeper*(Licensed to practice in Florida only; supervised by a member of the D.C. Bar)
Hayden Johnson*

* *Motion for admission* pro hac vice *pending*