IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; MONTANA REPUBLICAN STATE CENTRAL COMMITTEE,<br><br>    Plaintiffs,<br><br>And<br><br>GREG HERTZ, in his official capacity as Speaker of the Montana House of Representatives; SCOTT SALES, in his official capacity as President of the Montana Senate, on behalf of the Majorities of the Montana House of Representatives and the Montana Senate,<br><br>    Intervenor-Plaintiffs,<br><br>vs.<br><br>STEPHEN BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana,<br><br>    Defendants,<br><br>And | CV 20–66–H–DLC<br><br>(Consolidated with Case No. CV–20–67–H–DLC)<br><br>ORDER |

| |
|---|
| DSCC, DCCC, and MONTANA DEMOCRATIC PARTY,<br><br>                    Intervenor-Defendants. |

Plaintiffs in the member case (CV–20–67–H–DLC), by and through their counsel, Emily Jones, move this Court for the admission of James Bopp, Angela Stuedemann, Courtney Turner Milbank, and Richard E. Coleson *pro hac vice*. (Docs. 51–54.) Ms. Jones represents that she intends to act as local counsel. (*Id.*) These applications appear to be in order.

Accordingly, IT IS ORDERED that the motions for admission *pro hac vice* (Docs. 51–54) are GRANTED on the condition that they do their own work. This means that Mr. Bopp, Ms. Stuedemann, Ms. Milbank, and Mr. Coleson must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Bopp, Ms. Stuedemann, Ms. Milbank, and Mr. Coleson shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Bopp, Ms. Stuedemann, Ms. Milbank, and Mr. Coleson file a separate pleading acknowledging their admission under the terms set forth above within

fifteen (15) days of this Order.

DATED this 14th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court