Peter M. Meloy, MT Bar No. 1035
MELOY LAW FIRM
P.O. Box 1241
Helena, Montana 59624
Tel: (406) 442-8670
mike@meloylawfirm.com

Abha Khanna, *pro hac vice*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Tel: (206) 359-8000
akhanna@perkinscoie.com

*Attorneys for Intervenor-Defendants
DSCC, DCCC, and Montana Democratic
Party*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; MONTANA REPUBLICAN STATE CENTRAL COMMITTEE,<br><br>Plaintiffs,<br><br>and<br><br>GREG HERTZ, in his official capacity as Speaker of the House of Representatives of Montana; SCOTT SALES, in his official capacity as President of the Montana State Senate, | Case No.: 6:20-cv-00066-DLC<br><br>**INTERVENOR-DEFENDANTS' CONSOLIDATED MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO DISMISS** |

|  |  |
|---|---|
| Intervenor-Plaintiffs, | |
| v. | |
| STEPHEN BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana, | |
| Defendants, | |
| and | |
| DSCC; DCCC; MONTANA DEMOCRATIC PARTY, | |
| Intervenor-Defendants. | |

# MOTION

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(c), Intervenor-Defendants move for judgment on the pleadings as to the Complaint filed by Plaintiffs, *see* ECF No. 1, and to dismiss the Complaint filed by Intervenor-Plaintiffs, *see* ECF No. 38. Given the substantial overlap between the allegations and causes of action asserted in Plaintiffs' and Intervenor-Plaintiffs' Complaints, and that the same standard of review applies to both motions to dismiss and motions for judgment on the pleadings, *see United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1054 n.4 (9th Cir. 2011), Intervenor-Defendants have

*Consolidated Motion for Judgment on the Pleadings and Motion to Dismiss—2*

consolidated their arguments into a single Motion. This Consolidated Motion is supported by Intervenor-Defendants' Brief in Support of Consolidated Motion for Judgment on the Pleadings and Motion to Dismiss.

Intervenor-Defendants contend that the Eleventh Amendment bars Counts I and II of the Complaints, that neither Plaintiffs nor Intervenor-Plaintiffs have standing to assert these claims, and that these claims fail as a matter of law because Defendants have acted consistently with Montana law. Intervenor-Defendants further assert that Plaintiffs and Intervenor-Plaintiffs lack standing to bring Count III and that the claim relies on a noncognizable legal theory. Each Complaint should therefore be dismissed in its entirety.

Pursuant to Local Rule 7.1(c)(1), counsel for Intervenor-Defendants has conferred with counsel for Plaintiffs, Intervenor-Plaintiffs, and Defendants. Plaintiffs object to this motion, and Defendant Stephen Bullock does not object. Counsel for Intervenor-Defendants has not received a response from Intervenor-Plaintiffs or Defendant Corey Stapleton.

DATED this 17th day of September, 2020

        By:  */s/ Abha Khanna*
           Abha Khanna*
           PERKINS COIE LLP
           1201 Third Avenue, Suite 4900
           Seattle, Washington 98101-3099
           Tel: (206) 359-8000
           akhanna@perkinscoie.com

           Peter M. Meloy
           MELOY LAW FIRM
           P.O. Box 1241
           Helena, Montana 59624
           Tel: (406) 442-8670
           mike@meloylawfirm.com

           *Attorneys for Intervenor-Defendants DSCC, DCCC, and Montana Democratic Party*

           *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record in this matter via the Court's ECF system.

DATED this 17th day of September, 2020

> By:     */s/ Abha Khanna*
> Abha Khanna*
> PERKINS COIE LLP
> 1201 Third Avenue, Suite 4900
> Seattle, Washington 98101-3099
> Tel: (206) 359-8000
> akhanna@perkinscoie.com
>
> Peter M. Meloy
> MELOY LAW FIRM
> P.O. Box 1241
> Helena, Montana 59624
> Tel: (406) 442-8670
> mike@meloylawfirm.com
>
> *Attorneys for Intervenor-Defendants DSCC, DCCC, and Montana Democratic Party*
>
> *Admitted pro hac vice

*Consolidated Motion for Judgment on the Pleadings and Motion to Dismiss—5*