IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; MONTANA REPUBLICAN STATE CENTRAL COMMITTEE,<br><br>     Plaintiffs,<br><br>and<br><br>GREG HERTZ, in his official capacity as Speaker of the Montana House of Representatives; SCOTT SALES, in his official capacity as President of the Montana Senate, on behalf of the Majorities of the Montana House of Representatives and the Montana Senate,<br><br>     Intervenor-Plaintiffs,<br><br>vs.<br><br>STEPHEN BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana,<br><br>     Defendants,<br><br>and | CV 20–66–H–DLC<br><br>(Consolidated with Case No. CV–20–67–H–DLC)<br><br><br>ORDER |

1

| |
|---|
| DSCC, DCCC, and MONTANA DEMOCRATIC PARTY,<br><br>                   Intervenor-Defendants. |

Before the Court is Defendant Stephen Bullock's Unopposed Motion for Overlength Brief. (Doc. 80.) Governor Bullock requests leave to file an overlength brief of 8,500 words in response to Plaintiffs' respective motions for preliminary injunctions (Docs. 2; 8.)

Additionally, Intervenor-Defendants have moved for dismissal of Intervenor-Plaintiffs' Complaint (Doc. 38) and for judgment on the pleadings as to the Plaintiffs' Complaint (Doc. 1) in the lead case (CV 20-66-H-DLC). (Doc. 72.) The Court's previous orders do not address an expedited timeline for responding to this motion.

Accordingly, IT IS ORDERED that Defendant Stephen Bullock's Unopposed Motion for Overlength Brief is GRANTED. Because Governor Bullock has already filed his overlength brief (Doc. 81) no further action on his part is necessary.

IT IS FURTHER ORDERED that Plaintiffs and Intervenor-Plaintiffs in the lead case (CV 20-66-H-DLC) shall have until on or before September 20, 2020 to file a response brief to Intervenor-Defendants' Consolidated Motion for Judgment

on the Pleadings and Motion to Dismiss (Doc. 72).  No further briefing on this motion (Doc. 72) shall be permitted.

    DATED this 18th day of September, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court