RAPHAEL GRAYBILL
 Chief Legal Counsel
RYLEE SOMMERS-FLANAGAN
 Deputy Legal Counsel
 Office of the Governor
 P.O. Box 200801
 Helena, MT 59620-0801
 (406) 444-3179

CHRISTOPHER D. ABBOTT
 Assistant Attorney General
 Agency Legal Services Bureau
 P.O. Box 201440
 Helena, MT 59620-1440
 (406) 444-5779

Attorneys for Governor Steve Bullock

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN SENATORIAL COMMITTEE; MONTANA REPUBLICAN STATE CENTRAL COMMITTEE,<br><br>*Plaintiffs*,<br>and<br><br>GREG HERTZ, in his official capacity as Speaker of the Montana House of Representatives; SCOTT SALES, in his official capacity as President of the Montana Senate, on behalf of the Majorities of the Montana House of Representative and Montana Senate, | Case No. 6:20-cv-00066-H-DLC<br><br>(Consolidated with Case No. 6:20-cv-00067-H-DLC)<br><br><br>**DEFENDANT GOVERNOR BULLOCK'S MOTION TO STRIKE** |

*Intervenor-Plaintiffs,*

vs.

STEVE BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana

*Defendants,*

and

DSCC; DCCC; and MONTANA DEMOCRATIC PARTY,

*Intervenor-Defendants.*

JOE LAMM, Ravalli County Republican Central Committee, JEFF WAGNER, SYLVIA WATNER, FIONA NAVE, BRENT NAVE,

*Plaintiffs,*

v.

STEPHEN BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana,

*Defendants.*

Defendant Governor Steve Bullock moves to strike Plaintiff-Intervenors' Notice of Filing Exhibits, Dkt. 106, and the attached Declaration of Greg Hertz, Dkt. 106-1. This motion is made for the reasons stated in the Governor's supporting brief, filed concurrently with this motion.

All parties have been apprised of Governor Bullock's intent to file this motion. Plaintiff-Intervenors Greg Hertz and Scott Sales oppose the motion. The other parties have not responded with their position.

                          Respectfully submitted,

                          */s/ Raphael Graybill*

                          RAPHAEL GRAYBILL
                          Chief Legal Counsel
                          RYLEE SOMMERS-FLANAGAN
                          Deputy Legal Counsel
                          Office of the Governor
                          PO Box 200801
                          Helena, MT 59620-0801
                          Phone: (406) 444-3179

                          CHRISTOPHER D. ABBOTT
                          Assistant Attorney General
                          Agency Legal Services Bureau
                          P.O. Box 201440
                          Helena, MT 59620-1440
                          Phone: (406) 444-5779

September 24, 2020           *Attorneys for Governor Steve Bullock*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, I electronically filed this brief in support of the plaintiffs' motion for summary judgment through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                        */s/ Raphael Graybill*
                                        Raphael Graybill