IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; MONTANA REPUBLICAN STATE CENTRAL COMMITTEE,<br><br>     Plaintiffs,<br><br>and<br><br>GREG HERTZ, in his official capacity as Speaker of the Montana House of Representatives; SCOTT SALES, in his official capacity as President of the Montana Senate, on behalf of the Majorities of the Montana House of Representatives and the Montana Senate,<br><br>     Intervenor-Plaintiffs,<br><br>vs.<br><br>STEPHEN BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana,<br><br>     Defendants,<br><br>and | CV 20–66–H–DLC<br><br>(Consolidated with Case No. CV–20–67–H–DLC)<br><br><br>JUDGMENT |

| |
|---|
| DSCC, DCCC, and MONTANA DEMOCRATIC PARTY,<br><br>                    Intervenor-<br>                    Defendants. |

      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      <u>**X**</u>   Decision by Court. This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED That Judgment is entered in favor of the Defendants and against the Plaintiffs.

    Dated this 30th day of September 2020.

                                    TYLER P. GILMAN, CLERK
                                      By: /s/ Heidi Gauthier
                                      Heidi Gauthier, Deputy Clerk