IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; MONTANA REPUBLICAN STATE CENTRAL COMMITTEE, | CV 20–66–H–DLC (Consolidated with Case No. CV– 20–67–H–DLC) |
| Plaintiffs, | ORDER |
| and | |
| GREG HERTZ, in his official capacity as Speaker of the Montana House of Representatives; SCOTT SALES, in his official capacity as President of the Montana Senate, on behalf of the Majorities of the Montana House of Representatives and the Montana Senate, | |
| Intervenor-Plaintiffs, | |
| vs. | |
| STEPHEN BULLOCK, in his official capacity as Governor of Montana; COREY STAPLETON, in his official capacity as Secretary of State of Montana, | |
| Defendants, | |
| and | |

1

DSCC, DCCC, and MONTANA
DEMOCRATIC PARTY,

                        Intervenor-
                        Defendants.

Before the Court is Member-Plaintiffs' motion for an expedited injunction

pending appeal.  (Doc. 77.)  The Court has already concluded Member-Plaintiffs'

claims have no merit.  (Doc. 112 at 39.)  As such, injunctive relief is not

appropriate.

Accordingly, IT IS ORDERED that Member-Plaintiffs' request for an

injunction pending appeal (Doc. 77) is DENIED.

DATED this 30th day of September, 2020.

Dana L. Christensen, District Judge
United States District Court